UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Fischler,

                Plaintiff,

    –v–

Nutraceutical Wellness, Inc.,

                Defendant.

20-cv-08817 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On October 23, 2020, electronic summons was issued as to Defendant. Dkt. No. 4. Defendant's response to the Complaint was due November 13, 2020. *Id.* Defendant has not responded. If Plaintiff intends to file a motion for default judgment, it shall do so by February 10, 2021. The conference scheduled for January 22, 2021 is hereby adjourned *sine die*.

SO ORDERED.

Dated: January 19, 2021
       New York, New York

                                        ALISON J. NATHAN
                                       United States District Judge